IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | | |
|---|---|---|---|
| David Houle and Becky Houle, et. al., | | ) | |
| | | ) | **ORDER** |
| | Plaintiffs, | ) | |
| | | ) | |
| vs. | | ) | |
| | | ) | |
| Central Power Electric Cooperative, Inc., | | ) | |
| (CPEC), et. al., | | ) | Case No. 4:09-cv-021 |
| | | ) | |
| | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-055 |
| Cecil L. Jeannotte, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-061 |
| Corey J. Hall, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-073 |
| Vernella Jeannotte, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-076 |
| Howard Longie, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-077 |
| Est of Marie M. Jeanotte, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-078 |
| Donna M. Anderson, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-084 |
| Pete Barnett, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-098 |
| John E. Monette, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-100 |
| Ophelia Dixon Navarro, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:11-cv-101 |
| Kimberly Blackwell, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:12-cv-004 |
| Dustin Decoteau, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:12-cv-005 |
| Nick K. Wilkie, et. al., | Defendants. | ) | |
| CPEC vs. | Plaintiff, | ) | Case No. 4:12-cv-006 |
| Roland Davis, et. al., | Defendant. | ) | |

A settlement conference will be held before the magistrate judge on December 4, 2012, at

1

9:00 a.m. at the U.S. Courthouse located in Minot, North Dakota. The parties are not required to submit any settlement statements or other documentation in advance of the conference. However, if they believe that it will be helpful, they may forward any updated appraisal information, deposition transcripts, or other materials in their possession to the undersigned for review prior to the conference. Also the court would find helpful any updated drawings of the proposed easement areas.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge